February 03, 2006

Mr. Christopher Tramonte
Tramonte & Associates
Wortham Tower, Suite 1815
2727 Allen Parkway
Houston, TX 77019

Ms. Linda Rogers
Clerk, Sixth Court of Appeals
100 N. State Line Ave., #20
Texarkana, TX 75501
Mr. David M. Gunn
Beck, Redden & Secrest, L.L.P.
1221 McKinney, Suite 4500
Houston, TX 77010-2010

Ms. Rosemary T. Snider
McCool Smith, P.C.
P.O. Box O
Marshall, TX 75671

RE: Case Number: 04-0245
 Court of Appeals Number: 06-03-00077-CV
 Trial Court Number: 00-0775-01

Style: IN RE LUMBERMENS MUTUAL CASUALTY COMPANY

Dear Counsel:

 Today the Supreme Court of Texas conditionally granted the petition
for writ of mandamus and issued the enclosed opinion in the above-
referenced cause. The Motion to Strike is dismissed as moot.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Sherry |
| |Griffis |